Benjamin A. West, Esq., SBN: 338727
bwest@fbtlaw.com
**FROST BROWN TODD, LLC**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473

*Attorneys for Plaintiff*
*SUSA Financial, Inc. dba FirstFunding, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SPROUT MORTGAGE, LLC,<br><br>                    Defendant. | Case No. 8:22-cv-01864-JVS-DFM<br><br>**NOTICE OF SERVICE OF SUBPOENA** |

   PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit A was served on Banc of California on December 5, 2022. As verified by the Affidavit of Delivery attached hereto as Exhibit B, a copy of the subpoena was also served on defendant Sprout Mortgage, LLC on December 5, 2022.

1   Dated: December 16, 2022          FROST BROWN TODD LLP

2

3                                     By: /s/ Benjamin A. West
                                          Benjamin A. West
4

5                                     Attorneys for Plaintiff
                                      SUSA Financial, Inc. dba FirstFunding, Inc.
6

7   0149150.0753387   4853-8651-6036v2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28