1  Benjamin A. West, Esq., SBN: 338727
   bwest@fbtlaw.com
2  **FROST BROWN TODD, LLC**
3  2101 Cedar Springs Road, Suite 900
   Dallas, Texas 75201
4  Telephone: (214) 545-3472
   Facsimile: (214) 545-3473
5
6  *Attorneys for Plaintiff*
   *SUSA Financial, Inc. dba FirstFunding, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPROUT MORTGAGE, LLC, <br><br> Defendant. | Case No. 8:22-cv-01864-JVS-DFM <br><br> **NOTICE OF SERVICE OF SUBPOENA TO TESTIFY AT A DEPOSITION** |

PLEASE TAKE NOTICE that the Subpoena to Testify at a Deposition attached hereto as Exhibit A was served on Banc of California on December 16, 2022. As verified by the Proof of Service attached hereto as Exhibit B, a copy of the Subpoena to Testify at a Deposition was also served on defendant Sprout Mortgage, LLC on December 19, 2022.

- 1 -
Notice of Service of Subpoena to Testify at a Deposition

| | | |
|---|---|---|
| 1 | Dated: December 27, 2022 | FROST BROWN TODD LLP |
| 2 | | |
| 3 | | By: /s/ *Benjamin A. West*<br>     Benjamin A. West |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>SUSA Financial, Inc. dba FirstFunding, Inc. |

0149150.0753387   4877-5651-8470v1