Benjamin A. West, Esq., SBN: 338727
bwest@fbtlaw.com
**FROST BROWN TODD, LLP**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473

*Attorneys for Plaintiff*
*SUSA Financial, Inc. dba FirstFunding, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT MORTGAGE, LLC,<br><br>Defendant. | Case No. 8:22-cv-01864-JVS-DFM<br><br>**PLAINTIFF SUSA FINANCIAL, INC. DBA FIRSTFUNDING, INC.'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SPROUT MORTGAGE, LLC** |

Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. requests that the Clerk of Court enter default against Defendant Sprout Mortgage, LLC pursuant to Federal Rule of Civil Procedure 55(a). As shown in the accompanying affidavit of the undersigned counsel, Defendant was served with a Summons and Complaint on October 27, 2022, and has failed to answer or file a response within the time allowed by the Court.

Dated: January 30, 2023

FROST BROWN TODD LLP

By: _____
    Benjamin A. West

Attorneys for Plaintiff
SUSA Financial, Inc. dba FirstFunding, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2023, I caused the foregoing **(1) PLAINTIFF SUSA FINANCIAL, INC. DBA FIRSTFUNDING, INC.'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SPROUT MORTGAGE, LLC; AND (2) DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SPROUT MORTGAGE, LLC** to be delivered to defendant Sprout Mortgage, LLC's registered agent, in the manner indicated:

Sprout Mortgage, LLC
c/o Universal Registered Agents, Inc.
300 Creek View Road, Suite 209
Newark, DE 19711

_____
Benjamin A. West