Benjamin A. West, Esq., SBN: 338727
bwest@fbtlaw.com
**FROST BROWN TODD, LLP**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473

*Attorneys for Plaintiff*
*SUSA Financial, Inc. dba FirstFunding, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT MORTGAGE, LLC,<br><br>Defendant. | Case No. 8:22-cv-01864-JVS-DFM<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SPROUT MORTGAGE, LLC** |

I, Benjamin A. West, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Benjamin A. West. I am more than twenty-one years old, of sound mind, and fully capable of making this declaration. I am an attorney at the law firm of Frost Brown Todd, LLP, and I possess a valid license from the State Bar of Texas and State Bar of California. I represent Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. in the above-referenced action. I have personal knowledge of the facts set forth in this declaration and am competent to testify thereto.

- 1 -
Declaration of Plaintiff's Counsel

2. On October 12, 2022, Plaintiff filed a Complaint for Breach of Contract and Injunction (the "Complaint") in the United States District Court for the Central District of California against Defendant Sprout Mortgage, LLC. (Docket No. 1.)

3. The Clerk of the Court issued a Summons for Defendant on October 14, 2022. (Docket No. 8.)

4. On October 27, 2022, the Summons was served on Defendant, along with copies of the Complaint and the Court's October 17, 2022 Initial Order. Plaintiff filed an executed Proof of Service with the Court on November 9, 2022. (Docket No. 11.)

5. There is no answer or responsive pleading on the record for Defendant.

6. On December 5, 2022, I issued a subpoena for documents from Banc of California. The same day, a copy of the document subpoena was served on Defendant's registered agent by hand delivery. (Docket No. 12-2 (Ex. B) at 2.) Defendant did not object to the document requests, move to quash the subpoena, or seek protection from the Court.

7. On December 16, 2022, I issued a subpoena for the testimony of Banc of California's corporate representative. On December 19, 2022, a copy of the deposition subpoena was served on Defendant's registered agent by hand delivery. (Docket No. 13-2 (Ex. B) at 2.) Defendant did not object to the deposition topics, move to quash the subpoena, or seek protection from the Court.

8. Defendant is not a minor or incompetent person.

9. Defendant is not currently in the military service and, therefore, the Service Members Civil Relief Act, 50 U.S.C. App. §521, does not apply.

10. Attached to this Declaration are true and correct copies of each proof of service on file with the Court for Defendant.

- 2 -
Declaration of Plaintiff's Counsel

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 30, 2023

*/s/ BA West/*

Benjamin A. West