Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
10100 Santa Monica Blvd., Suite 300
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Defendant
SPROUT MORTGAGE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SPROUT MORTGAGE, LLC,<br><br>　　　　　　　Defendant. | Case No.: 8:22-cv-01864-JVS-DFM<br><br>**JOINT STIPULATION FOR ORDER CONTINUING PLAINTIFF'S MOTION TO ENTER DEFAULT JUDGMENT (ECF 21)**<br><br>Current Date:  March 27, 2023<br>Proposed Date:  May 8, 2023 |
|---|---|

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT

# JOINT STIPULATION

Defendant Sprout Mortgage, LLC ("Sprout"), by and through its counsel of record, Michael G. Freedman, and Plaintiff SUSA Financial Inc. dba FirstFunding, Inc. ("SUSA"), by and through its counsel of record, Benjamin A. West, hereby stipulate as follows:

1. SUSA filed its complaint in this matter on October 12, 2022 and filed a proof of service on November 9, 2023.

2. On January 30, 2023, SUSA filed an application for the clerk to enter default against Sprout, which the clerk entered on February 1, 2023.

3. Sprout had not yet appeared in this action, but contacted counsel for SUSA on February 6, 2023 to inquire if SUSA would stipulate to an order setting aside default. The parties have met and conferred throughout February on this request, but SUSA has declined to enter into such a stipulation.

4. On February 22, 2023, SUSA filed a Motion for Default Judgment against Sprout (Dkt. 21), which is set for hearing on March 27, 2023.

5. Following the filing of this motion, Sprout's counsel filed his Notice of Appearance on February 23, 2023 and notified Plaintiff's counsel that Sprout intended to file an ex parte motion to continue the hearing on the default judgment motion to allow Sprout time to first file a motion to set aside default, which, if granted, would obviate the need for the motion for default judgment and for Sprout to file an opposition to that motion.

6. The parties have continued to meet and confer on these issues and agree that a continuance of the hearing date on SUSA's motion for default judgment to allow Sprout to first file a motion to set aside default will allow the parties to litigate the matter in a more organized and efficient manner. Accordingly, the parties jointly request that the Court set the following schedule:

1         Hearing on Sprout's Motion to Set Aside Default:  April 17, 2023

2         Hearing on SUSA's Motion for Default Judgment:  May 15, 2023

3     IT IS SO STIPULATED.

4 Dated: March 1, 2023         Respectfully submitted,

5         By:   /s/ Michael G. Freedman
               Michael G. Freedman
6                Attorney for Defendant
7                Sprout Mortgage, LLC

8

9          /s/ Benjamin A. West*
          Benjamin A. West
10          Attorney for Plaintiff SUSA Financial
11          Inc. dba FirstFunding, Inc.

12

13 *Pursuant to L.R.5-4.3,4, I attest that that all other signatories listed,

14 and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

15

16

17         By:   /s/ Michael G. Freedman
               Michael G. Freedman
18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT