# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPROUT MORTGAGE, LLC, <br><br> Defendant. | Case No.: 8:22-cv-01864-JVS-DFM <br><br> **ORDER [23]** |

Pursuant to the stipulation and request of the parties and GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the hearing date on Plaintiff's Motion for Default Judgment (Dkt. 21) is continued from March 27, 2023 to May 15, 2023.

Dated: March 02, 2023

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ORDER