Benjamin A. West, SBN: 338727
bwest@fbtlaw.com
**FROST BROWN TODD, LLP**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473

Monisha Coelho, SBN: 219233
mcoelho@fbtlaw.com
**FROST BROWN TODD, LLP**
633 W. Fifth Street, Suite 900
Los Angles, California 90071
Telephone: (213) 229-2400
Facsimile: (213) 229-2499

*Attorneys for Plaintiff*
*SUSA Financial, Inc. dba FirstFunding, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT MORTGAGE, LLC,<br><br>Defendant. | Case No. 8:22-cv-01864-JVS-DFM<br><br>**PLAINTIFF SUSA FINANCIAL, INC. DBA FIRSTFUNDING, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES RELATED TO DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BENJAMIN A. WEST**<br><br>Judge:      Hon. James V. Selna<br>Courtroom:   10C<br>Hearing:     July 17, 2023<br>Time:        1:30 p.m. |

- 1 -

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 17, 2023 at 1:30 p.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, California 92701, Plaintiff SUSA FINANCIAL, INC. DBA FIRSTFUNDING, INC. ("FirstFunding") will move the Court for recovery of its attorneys' fees incurred from pursuing default judgment against Defendant SPROUT MORTGAGE, LLC ("Sprout") in the amount of $40,652.50. FirstFunding makes this motion pursuant the Court's order entered on April 19, 2023. (Dkt. No. 29.) The Motion will be based on this notice of motion, the supporting memorandum of points and authorities filed concurrently, the Declaration of Benjamin A. West submitted in support, the proposed order also filed concurrently, all records and pleadings on file in this action, and any further argument or documentary evidence presented at the time of hearing, if held, on this matter. A proposed order is also being submitted under L.R. 5-4.4. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 8-9, and 15, 2023.

DATED: June 16, 2023                    FROST BROWN TODD, LLP

By: */s/ Benjamin A. West*
Benjamin A. West
*Counsel for Plaintiff*
*SUSA Financial, Inc. dba*
*FirstFunding, Inc.*

1

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to L.R. 7-5, Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. submits this Memorandum of Points and Authorities in support of its Motion for Attorneys' Fees Related to Default.

DATED: June 16, 2023                         FROST BROWN TODD, LLP

By: */s/ Benjamin A. West*

Benjamin A. West
*Counsel for Plaintiff*
*SUSA Financial, Inc. dba*
*FirstFunding, Inc.*

## I. INTRODUCTION

Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. ("FirstFunding") sued Defendant Sprout Mortgage, LLC ("Sprout") for breach of contract and seeking injunctive relief. (Dkt. No. 1.) Sprout was served with the Complaint and Summons in October 2022, but failed to timely answer or otherwise appear. Following an order from the Court, FirstFunding applied for and obtained entry of default by the clerk. (Dkt. Nos. 17 & 19.) FirstFunding later submitted its Motion for Entry of Default Judgment. (Dkt. No. 21.) Sprout then appeared through its counsel and moved to set aside the default. (Dkt. No. 25.) The Court entered an order granting that motion. (Dkt. No. 29 (the "Order").) In the Order, the Court granted FirstFunding permission to file a motion to recover its costs and fees incurred from pursuing the default. (*Id.* at 4.) This motion follows.

## II. STATEMENT OF FACTS AND PROCEDURAL HISTORY

FirstFunding filed its Complaint against Sprout on October 12, 2022. (Dkt. No. 1.) The Complaint, along with the summons and the Court's Initial Order, were served on Sprout October 27, 2022, and proof of service was filed with the Court shortly thereafter. (Dkt. No. 11.) FirstFunding issued two separate third-party subpoenas and served each on Sprout. (Dkt. Nos. 12 & 13.)

The Court issued an order to show cause, directing FirstFunding to seek entry of default or risk the matter being dismissed for failure to prosecute. (Dkt. No. 15.) In response, FirstFunding applied for entry of clerk's default. (Dkt. No. 17.) The clerk entered a default two days later. (Dkt. No. 19.)

Despite being served three times in the lawsuit and being represented by two sets of counsel, Sprout did not timely file an answer or any other responsive pleading, nor did it appear in any way. (Dkt. No. 29 at 2-3.) Only after FirstFunding filed its motion for entry of default judgment did Sprout enter an appearance and file its motion to set aside. (Dkt. Nos. 22 & 25.) Following briefing by the parties, the

Court granted Sprout's motion to set aside. (Dkt. No. 29.) In its order, the Court expressly permitted FirstFunding to file a motion seeking recovery of "costs and fees incurred from pursuing the default." (*Id.* at 4.) FirstFunding submits that motion herein.

## III.  ARGUMENT

Setting aside a default or vacating a default judgment does more than simply return a case to active status; it negates considerable effort made—and expense incurred—by a plaintiff to prosecute a matter. "District courts have discretion to condition the setting aside of an entry of default on conditions deemed to be fair and appropriate in order to prevent prejudice to the non-defaulting party." *Mountain v. Mehron, Inc.*, Case No. LA CV18-00080 JAK (MRWx), 2018 WL 11344868, at *2 (C.D. Cal. Dec. 19, 2018). Courts are encouraged to exercise the "[i]maginative and flexible use of the power to impose conditions on the granting of relief under Rule 55(c)." *Coen Co., Inc. v. Pan Int'l, Ltd.*, 307 F.R.D. 498, 508 (N.D. Cal. 2015).

A court may impose these "reasonable conditions" when granting a motion to vacate a default judgment, and the "condition most commonly imposed is that the defendant reimburse the plaintiff for costs incurred because of the default." *Nilsson, Robbins, Dalgarn, Berliner, Carson & Wurst v. La. Hydrolec.*, 854 F.2d 1538, 1546 (9th Cir. 1988). This includes "any prejudice suffered by the non-defaulting party as a result of the default and the subsequent reopening of the litigation," including additional expense caused by the delay and the motion to set aside default. *Id.*

Courts have awarded attorneys' fees and costs for a variety of expenses and costs incurred by a plaintiff in pursuing default. *See, e.g.*, *Brandt v. Am. Bankers Ins. Co. of Fla.*, 653 F.3d 1108, 1110 n.1 (9th Cir. 2011) (awarding fees associated with defendant's motion to set aside); *KMS, LLC v. Major League Trucking, Inc.*, Case No. 2:22-cv-06245-ODW (MAAx), 2023 WL 2374392, at *3 (C.D. Cal. Mar. 6, 2023) (awarding fees for pursuing default and default judgment and for responding

to defendant's motion to set aside); *New High Ltd. v. Global Merch Grp., LLC*, Case
No. 2:21-cv-09608-CAS-PVCx, 2022 WL 1092629, at *3 (C.D. Cal. Apr. 11, 2022)
(awarding fees incurred for drafting the motion for default judgment and opposing
defendant's motion to set aside); *Villagordoa Bernal v. Rodriguez*, Case No. 5-16-
cv-00152-CAS(DTBx), 2016 WL 4267942, at *4 (C.D. Cal. Aug. 9, 2016)
(awarding costs for preparing the entry of default and the opposition to defendant's
motion to set aside); and *Coen*, 307 F.R.D. at 508 (awarding fees for applying for
default and default judgment and for opposing the motion to set aside).

An award of fees is further appropriate when the plaintiff is *required* by the
court (through an order to show cause) to show proof of prosecution of the case, thus
requiring entry of default. *Hart v. Parks*, No. CV00-07428ABC(RNBX), 2001 WL
636444, at *5 (C.D. Cal. May 31, 2001). In such a situation, it is "inequitable for
Plaintiff to bear the full cost of Defendants' inattention." *Id.* Further, a plaintiff need
not be forced to incur costs for refusing to stipulate to set aside a default, as obliging
a plaint to do so would "limit Plaintiff's counsel's zealous efforts to represent his
client." *Id.*

"A reasonable attorney's fee is one that is adequate to attract competent
counsel." *Blum v. Stenson*, 465 U.S. 886, 897 (1984) (cleaned up). To calculate that
the amount of attorneys' fees to be awarded in litigation, a trial court "applies the
lodestar method, multiplying the number of hours reasonably expended by a
reasonable hourly rate." *Ryan v. Editions Ltd. West, Inc.*, 786 F.3d 754, 763 (9th Cir.
2015). This "lodestar figure" is presumed to be the reasonable fee and should be
adjusted "only in rare instances and upon specific evidence that the amount is
unreasonable." *Doran v. Vicorp Restaurants, Inc.*, 407 F. Supp. 2d 1120, 1124 n.3
(C.D. Cal. 2005) (citing *Van Gerwen v. Guar. Mut. Life Co.*, 214 F.3d 1041, 1045
(9th Cir. 2000). The court should defer to the "professional judgment" of the attorney

being awarded fees "as to how much time he [or she] was required to spend on the case." *Ryan*, 786 F.3d at 763 (alteration in original).

Here, FirstFunding requests $40,652.50 in attorneys' fees. Those fees were incurred by FirstFunding by its application for clerk's entry of default, motion for entry of default judgment, opposition to Sprout's motion to set aside, and this motion. The requested fees for each category are as follows:

Application for entry of clerk's default: $7,747.00

Motion for default judgment: $15,782.00

Opposition to Sprout's motion to set aside: $11,141.50

Motion for attorneys' fees: $5,982.00

These amounts and their reasonableness, including the number of hours and applicable hourly rates, are supported by the attached Declaration of Benjamin A. West, FirstFunding's counsel.

FirstFunding incurred these fees because of Sprout's failure to timely answer or otherwise appear—despite ample notice and representation. This Court has already found that Sprout was served with the lawsuit on October 27, 2022, and was later served with two separate third-party subpoenas. (Dkt. No. 29 at 2.) The Court has also already found that "after being served three times over a three month period, Sprout failed to take any action in the case," despite having been represented by counsel (in New York and California) since at least December 22, 2022. (*Id.*) The Court unequivocally found that "[b]etween service of the complaint, two discovery subpoenas, and the Court's order to show cause, Sprout never answered." (*Id.*)

FirstFunding also incurred these fees as a result of the Court's order to show cause, requiring FirstFunding to apply for default or risk the matter being dismissed for lack of prosecution. (Dkt. No. 15.) *See Hart*, 2001 WL 636444, at *5. Rather than allow the case to be dismissed, FirstFunding chose to move for entry of default judgment in a zealous effort to protect its interests. *Id.* And by further seeking to

protect its interests, FirstFunding opposed Sprout's motion to set aside, thus incurring additional fees both in that opposition process and in bringing this motion to recover those fees, as directed by the Court. (Dkt. No. 29.)

**IV.    CONCLUSION**

For these reasons, FirstFunding requests that the Court award $40,652.50 in attorneys' fees incurred by FirstFunding due to its pursuit of default judgment, as directed by the Court and because of Sprout's failure to answer or otherwise respond to the lawsuit. FirstFunding further requests any additional relief to which it may be entitled.

DATED: June 16, 2023                    FROST BROWN TODD, LLP

By: */s/ Benjamin A. West*
Benjamin A. West
*Attorneys for Plaintiff*
*SUSA Financial, Inc. dba*
*FirstFunding, Inc.*

## DECLARATION OF BENJAMIN A. WEST SUPPORTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES RELATED TO DEFAULT

I, Ben A. West, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is Ben A. West. I am over the age of 18, of sound mind, and I am capable of making this declaration. I am counsel for Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. ("FirstFunding"). I am licensed to practice law in both California and Texas, and I am a Partner with the law firm Frost Brown Todd LLP. I have personal knowledge of the facts set forth in this declaration and am competent to testify thereto.

2.      In its Civil Minutes – General order dated April 19, 2023 (Dkt. No. 29), this Court directed FirstFunding to file a motion on the issue of FirstFunding's entitlement to "recovery of costs and fees incurred from pursuing the default" against Defendant Sprout Mortgage, LLC. FirstFunding complied with that Order by submitting its Motion for Attorneys' Fees Related to Default, and this Declaration is submitted in support of that motion.

3.      As of the date of this Declaration, FirstFunding has incurred attorneys' fees in the amount of $40,652.50 for the following services performed by its attorneys related to the entry of default:

        a.      Application for entry of clerk's default: $7,747.00;

        b.      Motion for default judgment: $15,782.00;

        c.      Opposition to Defendant's Motion to Set Aside: $11,141.50; and

        d.      Motion for attorneys' fees: $5,982.00.

4.      These fees are supported by Exhibit 1, which are invoices detailing the services provided, and redacted to remove any services that are not related to the above-identified services. In addition to the hours reflected in the attached invoices, I have billed an additional 4 hours in the month of June preparing the Motion for

Attorneys' Fees, and those hours are included in the total listed above. The hours expended on these services are reasonable and were required by the circumstances.

5.    My billable rate is $495. I obtained my J.D. from the SMU Dedman School of Law in Dallas, Texas in 2012, graduating with honors. I was admitted to the Texas State Bar in 2012, and to the California State Bar in 2021. I have more than 10 years' experience as a practicing attorney, in both state and federal courts across the country.

6.    Two other attorneys have worked on this matter for FirstFunding, Samuel Joyner and Indrajit Majumder. Samuel Joyner graduated from the U.S. Military Academy in 1994. He then obtained his J.D. from the University of Tulsa College of Law in 2002, graduating with honors and as a member of the Order of Barristers. He was admitted to the Texas State Bar in 2002. He has more than 20 years' experience as an attorney practicing commercial litigation, in both state and federal courts. His billable rate is $695.

7.    Indrajit "Bobby" Majumder obtained his J.D. from Washington & Lee University in 1993. He was admitted to the Texas State Bar in 1993, and to the West Virginia State Bar in 1994. He has 30 years' experience as an attorney practicing corporate and private equity law with companies across the country. His billable rate is $1,095.

8.    Each of the charged billing rates are commensurate with rates generally charged by attorneys with comparable experience levels in the relevant field of practice in California and Texas.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 16, 2023

_____
Ben A. West

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES RELATED TO DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF BENJAMIN A. WEST with the Clerk of the U.S. District Court for the Central District of California, with service to all parties or their counsel of record using the CM/ECF system.

*/s/ Benjamin A. West*
Benjamin A. West

0149150.0753387   4853-9406-5507v6

# EXHIBIT 1

# Frost Brown Todd
ATTORNEYS

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
www.frostbrowntodd.com

**SUSA Financial, Inc.**
**4925 Greenville Ave.**
**Suite 660**
**Dallas, TX  75206**

February 7, 2023
Bill # ███████
Account # ███████████

RE: **Sprout Mortgage LLC**

|  |  |
|---|---|
| For Professional Services Rendered Through January 31, 2023 | 13,994.50 |
| Other Charges Through January 31, 2023 | 206.37 |
| **TOTAL THIS BILL:** | **14,200.87** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTLaw.com
**Wire Transfer Information:**

Doc ID 11642

Account 0149150.0753387                                                                      Page **2**



Account 0149150.0753387                                                                    Page **3**

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| █████ | ████████████████████████████████████████████ | | | |
| █████ | ████████████████████████████████████████████ | | | |
| █████ | ████████████████████████████████████████████ | | | |
| 01/04/23 | Conference with Mr. Joyner, of the Firm, re: Show Cause order and amount of funds held by Banc of California; Receive and review various correspo0ndence; conference with Mr. Joyner, of the Firm, re: default judgment considerations. | IM | 0.70 | 766.50 |
| 01/04/23 | Develop strategy re default and additional nonparty discovery. | BAW | 0.40 | 198.00 |
| █████ | ████████████████████████████████████████████ | | | |
| 01/05/23 | Review court order vacating status conference and discuss strategy on default with S Joyner. | BAW | 0.10 | 49.50 |
| 01/05/23 | Receive and review correspondence; participate in call with  Working Group re: default judgment plan. | IM | 0.60 | 657.00 |

Account 0149150.0753387                                                                              Page **4**

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
|      | ████████████████████████████████████████ | | | |
| 01/24/23 | Receive and review correspondence; conference with Mr. Joyner, of the Firm, re Default Judgment. | IM | 0.40 | 438.00 |
|      | ████████████████████████████████████████ | | | |
| 01/30/23 | Revise motion for default and prepare for filing. | BAW | 0.60 | 297.00 |
| 01/30/23 | Draft FirstFunding' Application for Clerk's Entry of Default; develop litigation strategy; draft Declaration of Plaintiff's Counsel; conference with B. West re same; send correspondence to B. West re the Application and Declaration; review correspondence from B. West re same. | SEJ | 3.70 | 2,571.50 |
| 01/31/23 | Revise response to court and prepare for filing. | BAW | 0.30 | 148.50 |
| 01/31/23 | Develop litigation strategy; conference with B. West re same; draft FirstFunding' Response to the Court's January 3, 2023 Order; send correspondence to B. West re same; review correspondence from B. West re same; send correspondence to ████████████████ re FirstFunding' Application for Clerk's Entry of Default and Response to the Court's January 3, 2023 Order; review correspondence from ████ re same. | SEJ | 3.00 | 2,085.00 |
| | | **Total:** | **19.10** | **$13,994.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Samuel E. Joyner | 14.00 | 695.00 | 9,730.00 |
| Indrajit Majumder | 2.90 | 1,095.00 | 3,175.50 |
| Benjamin A. West | 2.20 | 495.00 | 1,089.00 |
| | 19.10 | | 13,994.50 |

## ITEMIZED DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|

### ITEMIZED DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|



# Frost Brown Todd
**ATTORNEYS**

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
www.frostbrowntodd.com

**SUSA Financial, Inc.**
**4925 Greenville Ave.**
**Suite 660**
**Dallas, TX  75206**

Fed # ███████
March 9, 2023
Bill # ████
Account # ████████

RE: **Sprout Mortgage LLC**

| | |
|---|---|
| For Professional Services Rendered Through February 28, 2023 | 18,791.50 |
| Other Charges Through February 28, 2023 | 11.55 |
| **TOTAL THIS BILL:** | **18,803.05** |
| **TOTAL AMOUNT DUE:** | **18,803.05** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTLaw.com
**Wire Transfer Information:**

Doc ID 11642

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 02/01/23 | Review entry of default by clerk. | BAW | 0.10 | 49.50 |
| ███████████████████████████████████████████████████████ | | | | |
| 02/01/23 | Review the Clerk's entry of default; send numerous correspondence to B. West re same; review numerous correspondence from B. West re same; send correspondence to █████ re the Clerk's entry of default; review correspondence from █████ re same. | SEJ | 0.70 | 486.50 |
| 02/02/23 | Review order from court discharging order to show cause related to dismissal, and review status of pending hearing on default judgment. | BAW | 0.20 | 99.00 |
| 02/02/23 | Receive and review correspondence; T/C with Mr. Joyner, of the Firm, re: default judgment and perfection of judgment lien. | IM | 0.50 | 547.50 |
| 02/02/23 | Review the Court's Order Discharging Order to Show Cause; review correspondence from B. West re same; conference with B. West re same. | SEJ | 0.30 | 208.50 |
| ███████████████████████████████████████████████████████ | | | | |
| 02/06/23 | Correspond with court clerk re hearing on application for entry of default judgment. | BAW | 0.30 | 148.50 |
| 02/06/23 | Review correspondence from B. West re the clerk confirming the cancellation of show cause hearing; send correspondence to B. West re same. | SEJ | 0.10 | 69.50 |
| ███████████████████████████████████████████████████████ | | | | |
| 02/07/23 | Analyze local rules and caselaw re motion for entry of default judgment, and draft motion. | BAW | 4.70 | 2,326.50 |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 02/07/23 | Review correspondence from B. West re contact from Sprout's attorney; conference with B. West re same and related matters; develop litigation strategy; send correspondence to ███ re cancellation of February 8 hearing, contact from Sprout's attorney, and preparation of FirstFunding's motion for entry of default judgment; review correspondence from B. West re FirstFunding's motion for entry of default judgment and related matters; send correspondence to B. West re same. | SEJ | 1.80 | 1,251.00 |
| 02/08/23 | Draft and revise motion for entry of default judgment, and draft declaration supporting motion and proposed order. | BAW | 2.70 | 1,336.50 |
| 02/08/23 | Review numerous correspondence from B. West re FirstFunding's motion for entry of default judgment and related matters; review motion and related papers; send correspondence to B. West re same. | SEJ | 0.30 | 208.50 |
| 02/09/23 | Receive and review correspondence; conference with Mr. Joyner, of the Firm, re default judgment issues and remedies pled. | IM | 0.60 | 657.00 |
| 02/09/23 | Review correspondence from B. West re FirstFunding's motion for entry of default judgment and related matters; conference with B. West re same; revise motion and related papers; send correspondence to ███ re same and related matters. | SEJ | 5.30 | 3,683.50 |
| ███████████████████████████████████████████████████████████████ | | | | |
| 02/14/23 | Send correspondence to ███ re FirstFunding's motion for entry of default judgment and related matters. | SEJ | 0.10 | 69.50 |
| 02/16/23 | Send numerous correspondence to ███ re FirstFunding's motion for entry of default judgment and related matters; review numerous correspondence from ███ re same. | SEJ | 0.40 | 278.00 |
| ███████████████████████████████████████████████████████████████ | | | | |
| ███████████████████████████████████████████████████████████████ | | | | |
| 02/22/23 | Revise motion for entry of default judgment and proposed order, and prepare documents for filing. | BAW | 1.30 | 643.50 |

Account 0149150.0753387                                                                   Page **4**

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 02/22/23 | Send correspondence to ███ re declaration to support FirstFunding's motion for entry of default judgment; review correspondence from ████████ re same; review numerous correspondence from ███ re revised declaration; send numerous correspondence to ████ re same; review correspondence from ████████ re same; send correspondence to ████████ re same; revise the declaration; send numerous correspondence to B. West re same and related motion; review numerous correspondence from B. West re same. | SEJ | 2.00 | 1,390.00 |
| 02/23/23 | Review correspondence from opposing counsel re default and develop strategy re motion and  hearing. | BAW | 0.40 | 198.00 |
| 02/23/23 | Send numerous correspondence to B. West re hearing on FirstFunding's motion for entry of default judgment; review numerous correspondence from B. West re same; review notice of appearance from Sprout's counsel; review correspondence from B. West re same. | SEJ | 0.40 | 278.00 |
| 02/27/23 | Review correspondence from opposing counsel re motions to set aside default and to continue motion for default and develop strategy for response; telephone conference with opposing counsel re stipulated continuance and briefing schedule; review court procedures re stipulations and continuances. | BAW | 1.20 | 594.00 |
| 02/27/23 | Review numerous correspondence from B. West re opposing counsel's request to confer about Sprout's ex parte application for an Order continuing hearing on FirstFunding's motion to enter default judgment and related matters; conference with B. West re same. | SEJ | 0.50 | 347.50 |
| 02/28/23 | Review proposed stipulation on continuance of hearing and scheduling; correspond with opposing counsel. | BAW | 0.40 | 198.00 |
| | | **Total:** | **27.70** | **$18,791.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Samuel E.  Joyner | 11.90 | 695.00 | 8,270.50 |
| Indrajit Majumder | 4.50 | 1,095.00 | 4,927.50 |
| Benjamin A.  West | 11.30 | 495.00 | 5,593.50 |
| | 27.70 | | 18,791.50 |

## ITEMIZED DISBURSEMENTS



# Frost Brown Todd
### ATTORNEYS

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
www.frostbrowntodd.com

**SUSA Financial, Inc.**
**4925 Greenville Ave.**
**Suite 660**
**Dallas, TX  75206**

Fed # ███████
April 14, 2023
Bill # ███████
Account # ███████

**RE: Sprout Mortgage LLC**

| | |
|---|---:|
| For Professional Services Rendered Through March 31, 2023 | 12,265.00 |
| Other Charges Through March 31, 2023 | 9.84 |
| **TOTAL THIS BILL:** | **12,274.84** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTLaw.com
**Wire Transfer Information:**

Doc ID 11642

Account 0149150.0753387                                                                 Page **2**



| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 03/01/23 | Correspond with opposing counsel re stipulation to continue hearing on motion for entry of default and revisions to same. | BAW | 0.60 | 297.00 |
| 03/01/23 | Review numerous correspondence from B. West re hearing date on FirstFunding's motion for entry of default judgment and related matters; send numerous correspondence from B. West re same. | SEJ | 0.30 | 208.50 |
| ███████ | █████████████████████ | ████ | ████ | ███████ |
| 03/02/23 | Review the Court's Order continuing hearing date on FirstFunding's motion for entry of default judgment; develop litigation strategy,. | SEJ | 0.20 | 139.00 |
| 03/03/23 | Review order continuing hearing on motion for entry of default. | BAW | 0.10 | 49.50 |
| 03/03/23 | Review correspondence from B. West re hearing on FirstFunding's motion for entry of default judgment; send correspondence to B. West re same. | SEJ | 0.10 | 69.50 |
| ███████ | █████████████████████ | ████ | ████ | ███████ |
| ███████ | █████████████████████ | ████ | ████ | ███████ |
| 03/07/23 | Develop litigation strategy; send correspondence to ████ re status update on FirstFunding's motion for entry of default judgment and related matters. | SEJ | 0.70 | 486.50 |
| 03/20/23 | Review Sprout's motion to set aside default and memorandum of law in support. | SEJ | 0.30 | 208.50 |
| 03/21/23 | Analyze Sprout's motion to set aside default and develop arguments in response. | BAW | 1.40 | 693.00 |
| 03/22/23 | Analyze Sprout's motion to set aside default and cited caselaw; analyze caselaw supporting opposition response. | BAW | 2.10 | 1,039.50 |

Account 0149150.0753387                                                                      Page **4**

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 03/22/23 | Review correspondence from B. West re Sprout's motion to set aside default; send correspondence to B. West re same. | SEJ | 0.20 | 139.00 |
| 03/23/23 | Analyze caselaw supporting opposition to motion to set aside and draft opposition to motion to set aside default judgment. | BAW | 3.90 | 1,930.50 |
| 03/23/23 | Review correspondence from B. West re Sprout's motion to set aside default; develop litigation strategy; send correspondence to B. West re same. | SEJ | 0.30 | 208.50 |
| 03/24/23 | Draft opposition to motion to set aside default and analyze supporting caselaw. | BAW | 7.40 | 3,663.00 |
| 03/24/23 | Send correspondence to B. West re FirstFunding's response to Sprout's motion to set aside default; review correspondence from B. West re same. | SEJ | 0.10 | 69.50 |
| 03/27/23 | Revise opposition to motion to set aside default and prepare for filing; draft proposed order. | BAW | 3.80 | 1,881.00 |
| 03/27/23 | Revise FirstFunding's response to Sprout's motion to set aside default; send correspondence to B. West re same; review correspondence from B. West re same. | SEJ | 0.50 | 347.50 |
| 03/31/23 | Develop strategy re hearing on motion to set aside default. | BAW | 0.30 | 148.50 |

|  |  | **Total:** | **23.00** | **$12,265.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Samuel E. Joyner | 2.90 | 695.00 | 2,015.50 |
| Indrajit Majumder | 0.50 | 1,095.00 | 547.50 |
| Benjamin A. West | 19.60 | 495.00 | 9,702.00 |
|  | 23.00 |  | 12,265.00 |

# Frost Brown Todd
### ATTORNEYS

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
www.frostbrowntodd.com

**SUSA Financial, Inc.**
**4925 Greenville Ave.**
**Suite 660**
**Dallas, TX  75206**

Fed # ███████

May 9, 2023

Bill # ████

Account # ██████████

---

**RE: Sprout Mortgage LLC**

---

| | |
|---|---:|
| For Professional Services Rendered Through April 30, 2023 | 6,225.50 |
| Other Charges Through April 30, 2023 | 0.15 |
| **TOTAL THIS BILL:** | **6,225.65** |

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTLaw.com
**Wire Transfer Information:**

Doc ID 11642



| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 04/03/23 | Analyze Sprout's reply brief and review local rules re filing sur-reply. | BAW | 0.80 | 396.00 |
| | | | | |
| 04/03/23 | Review Sprout's reply in support of motion to set aside default; develop litigation strategy. | SEJ | 0.50 | 347.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 04/19/23 | Review the Court's Order granting Sprout's motion to set aside default. | SEJ | 0.10 | 69.50 |
| | | | | |
| 04/20/23 | Review Court's order setting aside default judgment and analyze caselaw re recovery of costs. | BAW | 0.90 | 445.50 |
| | | | | |

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| | | | | |
| | | | | |
| 04/24/23 | Receive and review correspondence; conference with Mr. Joyner, of the Firm, re: Motion for fees and costs. | IM | 0.40 | 438.00 |
| | | | | |
| | | | | |
| | | | | |
| | | **Total:** | **8.90** | **$6,225.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Samuel E. Joyner | 3.40 | 695.00 | 2,363.00 |
| Indrajit Majumder | 1.90 | 1,095.00 | 2,080.50 |
| Benjamin A. West | 3.60 | 495.00 | 1,782.00 |
| | 8.90 | | 6,225.50 |

# Frost Brown Todd
ATTORNEYS

P.O. Box 70087
Louisville, KY 40270-0087
(502) 589-5400
Facsimile (502) 581-1087
www.frostbrowntodd.com

**SUSA Financial, Inc.**
**4925 Greenville Ave.**
**Suite 660**
**Dallas, TX  75206**

Fed # ████████
June 13, 2023
Bill # ██████
Account # █████████

RE: **Sprout Mortgage LLC**

For Professional Services Rendered Through May 31, 2023          3,337.50

**TOTAL THIS BILL:**          **3,337.50**

**TOTAL AMOUNT DUE:**          **3,337.50**

All amounts are in USD
Please send remittance information to AccountsReceivable@FBTLaw.com
**Wire Transfer Information:**

Doc ID 11642

Account 0149150.0753387                                                                    Page **2**

| Date | Narrative | Tmkr | Hours | Amount |
|------|-----------|------|-------|--------|
| 05/04/23 | Analyze invoices for motion to recover costs related to default. | BAW | 1.10 | 544.50 |
| | ███████████████████████████████████████ | | | |
| 05/11/23 | Analyze caselaw re recovery of attorneys' fees following set aside of default and draft notice of motion and motion requesting fees. | BAW | 1.40 | 693.00 |
| 05/12/23 | Draft motion for attorneys' fees incurred from default. | BAW | 3.80 | 1,881.00 |
| | | **Total:** | **6.50** | **$3,337.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Indrajit Majumder | 0.20 | 1,095.00 | 219.00 |
| Benjamin A. West | 6.30 | 495.00 | 3,118.50 |
| | 6.50 | | 3,337.50 |