1   BENJAMIN A. WEST (SBN 338727)
    bwest@fbtlaw.com
2   SAMUEL E. JOYNER (admitted *pro hac vice*)
    sjoyner@fbtlaw.com
3   FROST BROWN TODD LLP
    2101 Cedar Springs Road, Suite 900
4   Dallas, Texas 75201
    Telephone (214) 545-3472
5   Facsimile (214) 545-3473

6   JOEL D. SIEGEL (SBN 155581)
    joel.siegel@dentons.com
7   STEVEN R. WELK (SBN 149883)
    steven.welk@dentons.com
8   ANDREW M. PENDEXTER (SBN 310752)
    andrew.pendexter@dentons.com
9   DENTONS US LLP
    601 South Figueroa Street, Suite 2500
10  Los Angeles, California 90017-5704
    Telephone: (213) 623-9300
11  Facsimile: (213) 623-9924

12  Attorneys for Plaintiff
    SUSA Financial, Inc. dba FirstFunding, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPROUT MORTGAGE, LLC, <br><br> Defendant. | Case No. 8:22-cv-01864-JVS-DFM <br><br> **JOINT NOTICE OF AUTOMATIC BANKRUPTCY STAY** |

/ / /

/ / /

/ / /

1

124872281

Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. ("FirstFunding") and Defendant Sprout Mortgage, LLC ("Sprout") (collectively, the "Parties"), hereby provide the Court with notice that involuntary bankruptcy proceedings have been initiated against Sprout in the United States Bankruptcy Court for the Eastern District of New York (Case No. 8-23-72433-reg). Attached as Exhibit A is a copy of the bankruptcy court's order entering an order for relief in the Chapter 7 proceedings. Pursuant to 11 U.S.C. § 362(a)(1), "a petition [for bankruptcy] ... operates as a stay [of] the commencement or continuation ... of a judicial, administrative, or other action or proceeding against the debtor that was ... commenced before the commencement of the case under this title." "The stay is self-executing and effective upon filing a bankruptcy petition." *Porter v. Nabors Drilling USA, L.P.*, 854 F.3d 1057, 1061 (9th Cir. 2017).

WHEREFORE, FirstFunding and Sprout, by and through their respective counsel, hereby provide the Court with notice that this case is stayed pursuant to the automatic bankruptcy stay. FirstFunding reserves the right to seek to modify the automatic stay in the bankruptcy case.

| | |
|---|---|
| Dated:  August 29, 2023 | Respectfully submitted, |
| | BENJAMIN A. WEST<br>SAMUEL E. JOYNER<br>FROST BROWN TODD LLP |
| | DENTONS US LLP<br>JOEL D. SIEGEL<br>STEVEN R. WELK<br>ANDREW M. PENDEXTER |
| | By: _/s/ Steven R. Welk_<br>        Steven R. Welk |
| | *Attorneys for Plaintiff* SUSA Financial, Inc. dba FirstFunding, Inc. |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

2

124872281

| | | |
|---|---|---|
| 1 | Dated: August 29, 2023 | THE FREEDMAN FIRM |
| 2 | | MICHAEL G. FREEDMAN |

By: /s/ *Michael G. Freedman*
Michael G. Freedman

*Attorneys for Defendant* Sprout Mortgage, LLC

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 29, 2023

BENJAMIN A. WEST
SAMUEL E. JOYNER
FROST BROWN TODD LLP

DENTONS US LLP
JOEL D. SIEGEL
STEVEN R. WELK
ANDREW M. PENDEXTER

By: /s/ *Steven R. Welk*
Steven R. Welk

*Attorneys for Plaintiff* SUSA Financial, Inc. dba FirstFunding, Inc.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

**Sprout Mortgage LLC**,

Debtor.
-----------------------------------------------------------------x

Case No. 23-72433-reg

Chapter 7

## ORDER FOR RELIEF

      An involuntary petition having been filed on July 5, 2023 against the above-named Debtor, and an answer to the involuntary petition having been filed by the Debtor on July 31, 2023 [ECF No. 8], and upon the hearing held on August 9, 2023 and for the reasons stated at the hearing; it is

      ORDERED, that an order for relief under chapter 7 of the Bankruptcy Code is granted; and it is further

      ORDERED, that pursuant to Fed. R. Bankr. P. 1007(a)(2), the Debtor is required to file, within 7 days of entry of this Order, a list of creditors; and it is further

      ORDERED, that pursuant to Fed. R. Bankr. P. 1007(c), the Debtor is required to file, within 14 days of entry of this Order, all schedules and statements, and it is further

      ORDERED, that in the event the Debtor fails to file the aforesaid list of creditors, schedules and statements, the petitioning creditors are directed to file the same within 21 days of entry of this Order, pursuant to Fed. R. Bankr. P. 1007(k); and it is further

      ORDERED, that the Clerk of the Court serve a copy of this Order forthwith by mail, upon the Debtor at its last known address, the U.S. Trustee and the Petitioning Creditors.

Dated: Central Islip, New York
      August 11, 2023



                                         Robert E. Grossman
                               United States Bankruptcy Judge