JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
STEVEN R. WELK (SBN 149883)
steven.welk@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
SUSA Financial, Inc. dba FirstFunding, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUT MORTGAGE, LLC,<br><br>Defendant. | Case No. 8:22-cv-01864 -JVS-DFM<br><br>**JOINT STATUS REPORT RE: BANKRUPTCY STAY** |

Pursuant to the Court's Order of August 31, 2023 (Dkt. 49), Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. and Defendant Sprout Mortgage, LLC, hereby provide the Court with the following joint status report regarding the posture of the bankruptcy case:

The bankruptcy proceeding remains pending. The most recent status conference was held on August 14, 2024. The next status conference is set for October 30, 2024.

Dated: August 26, 2024

Respectfully submitted,

DENTONS US LLP
JOEL D. SIEGEL
STEVEN R. WELK
ANDREW M. PENDEXTER

By: */s/ Steven R. Welk*
    Steven R. Welk

*Attorneys for Plaintiff* SUSA Financial, Inc. dba FirstFunding, Inc.

Dated: August 26, 2024

THE FREEDMAN FIRM
MICHAEL G. FREEDMAN

By: */s/ Michael G. Freedman*
(with permission)
    Michael G. Freedman

*Attorneys for Defendant* Sprout Mortgage, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-2-
JOINT STATUS REPORT RE: BANKRUPTCY STAY
127681610