JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
STEVEN R. WELK (SBN 149883)
steven.welk@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
SUSA Financial, Inc. dba FirstFunding, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUT MORTGAGE, LLC,<br><br>Defendant. | Case No. 8:22-cv-01864 -JVS-DFM<br><br>**JOINT STATUS REPORT RE: BANKRUPTCY STAY** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Pursuant to the Court's Order of August 31, 2023 (Dkt. 49), Plaintiff SUSA Financial, Inc. dba FirstFunding, Inc. and Defendant Sprout Mortgage, LLC, hereby provide the Court with the following joint status report regarding the posture of the bankruptcy case:

The bankruptcy proceeding remains pending.  The most recent status conference was held on April 2, 2026.  The next status conference is set for May 27, 2026.

Dated:  May 18, 2026                    Respectfully submitted,

                                        DENTONS US LLP
                                        JOEL D. SIEGEL
                                        STEVEN R. WELK
                                        ANDREW M. PENDEXTER


                                        By:   */s/ Andrew M. Pendexter*
                                                Andrew M. Pendexter

                                        *Attorneys for Plaintiff* SUSA Financial, Inc. dba FirstFunding, Inc.

Dated:  May 18, 2026                    THE FREEDMAN FIRM
                                        MICHAEL G. FREEDMAN


                                        By:   */s/ Michael G. Freedman*
                                        (with permission via email on May 18, 2026)
                                                Michael G. Freedman

                                        *Attorneys for Defendant* Sprout Mortgage, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2-

JOINT STATUS REPORT RE: BANKRUPTCY STAY

137655209